**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| United States of America | Plaintiff |
| v.   Case No.: 4:21–mj–00012–JTK | |
| Peter Francis Stager | Defendant |

## NOTICE OF VIDEO HEARING

    PLEASE take notice that a Initial Appearance has been set by videoconference in this case for January 19, 2021, at 03:00 PM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:** January 15, 2021              AT THE DIRECTION OF THE COURT
                                                            JAMES W. McCORMACK, CLERK

                                                            **By:** LaShawn M Coleman, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas