IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                          NO. 4:21-MJ-0012 JTK

PETER FRANCIS STAGER

## CLERK'S MINUTES

| | |
|---|---|
| Date: | January 19, 2021 |
| Before: | Hon. J. Thomas Ray |
| Assistant U.S. Attorney | Stacy Williams |
| Defense Attorney | Lauren Elenbaas |
| CRO/CRD | Tenesha Brown |

Defendant Peter Francis Stager appeared before Judge J. Thomas Ray for an initial appearance on a complaint and arrest warrant from the District of Columbia; Defendant, through counsel, waived his right to a preliminary and identification hearing; Defendant is remanded to the United States Marshall's Service pending his detention hearing scheduled for Friday, January 22, 2021 at 1:00 p.m.