AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 9 2020

JAMES W. McCORMACK, CLERK
By: _____ Brown _____
DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:21-MJ-0012 JTK |
| Peter Francis Stager | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Richard Sheppard Arnold United States Courthouse 500 West Capitol Avenue Little Rock, AR 72201 | Courtroom No.: 1D |
|---|---|
| | Date and Time: 1/22/21 1:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 01/19/2021

*Judge's signature*

J. Thomas Ray, U.S. Magistrate Judge
*Printed name and title*