UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 21 2021

JAMES W. McCORMACK, CLERK
By: ___2Brown___
                    DEP CLERK

UNITED STATES OF AMERICA

VS.     4:21-mj-00012-JTK

PETER FRANCIS STAGER

## ORDER

A detention hearing is scheduled on January 22, 2021 at 1:00 p.m in Courtroom 1D. The proceeding will be live-streamed in Courtroom 2B. All spectators wishing to watch the hearing must go to Courtroom 2B.

Photographs and recording of the hearing by any means is prohibited. *See* Fed. R. Crim. P. 53 and Local Rule 83.2(a).

IT IS SO ORDERED this 21st day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE