IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                          NO. 4:21-MJ-0012 JTK

PETER FRANCIS STAGER

## CLERK'S MINUTES

| | |
|---|---|
| Date: | January 22, 2021 |
| Before: | Hon. J. Thomas Ray |
| Assistant U.S. Attorney | Stacy Williams |
| Defense Attorney | Lauren Elenbaas and Frank Shaw |
| CRO/CRD | Tenesha Brown |

Defendant Peter Francis Stager appeared before Judge J. Thomas Ray for a detention hearing; after witness testimony, and argument from counsel, the Court ruled there are no conditions or combination of conditions that will reasonably assure the safety of the community; the Defendant is ordered detained pending the resolution of all charges; a Commitment Order to the District of Columbia will follow.