# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                       4:21-mj-00012-JTK-11

PETER FRANCIS STAGER

## ORDER OF DETENTION

On January 22, 2021, the Court conducted a detention hearing for Defendant Peter Francis Stager ("Mr. Stager").  Mr. Stager is charged in a Criminal Complaint filed in the District of Columbia with civil disorder, in violation of 18 U.S.C. § 231(a).  For the reasons stated on the record at the conclusion of the hearing and in this Order, the Court concludes that Mr. Stager must be detained.

After carefully considering all of the factors in 18 U.S.C. § 3142(g), the Court made detailed findings from the bench to support its decision that:  (1)  the Government had proved by clear and convincing evidence that Mr. Stager poses a danger to the community;  and (2)  if Mr. Stager were released, no condition or combination of conditions the Court could impose would reasonably assure the safety of the community.  As a result, Mr. Stager must be detained.

Mr. Stager is committed to the custody of the United States Marshal or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody

pending appeal. He must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver him to the United States Marshal for a court appearance.

    IT IS SO ORDERED this 22nd day of January 2021.

                                                      _____
                                                  UNITED STATES MAGISTRATE JUDGE